## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

BRAD E. COFFEY,                          )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )          Case No. CIV-04-1034-M
                                         )
JO ANNE B. BARNHART,                     )
Commissioner of Social Security          )
Administration,                          )
                                         )
                    Defendant.           )

## ORDER

On May 25, 2005, United States Magistrate Judge Gary M. Purcell issued a Report and

Recommendation [docket no. 20] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial

review of defendant Commissioner of Social Security Administration's ("Commissioner") final

decision denying plaintiff's application for disability insurance benefits under Title II of the Social

Security Act, 42 U.S.C. §§ 416(i), 423.   Magistrate Judge Purcell recommends that the

Commissioner's decision be affirmed.  The parties were advised of their right to object to the Report

and Recommendation by June 14, 2005.  A review of the case file reveals that no objections have

been filed.

The Court has carefully reviewed this matter *de novo*.  The Court agrees with Magistrate

Judge Purcell's Report and Recommendation in all respects.  Accordingly, the Court hereby:

(1)     ADOPTS Magistrate Judge Purcell's thorough and well-reasoned Report and
        Recommendation;

(2)     AFFIRMS the Commissioner's denial of plaintiff's application for disability
        insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423;
        and

(3)      ORDERS that judgment in favor of the Commissioner issue forthwith.

**IT IS SO ORDERED this 1st day of August, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE